# IN THE SUPREME COURT OF THE STATE OF NEVADA

BYRON MICHAEL BAKER, A/K/A
BYRON MICHAEL WYMER,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84312

FILED

MAY 2 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-16723

cc: Hon. James E. Wilson, District Judge
State Public Defender/Carson City
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A